IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №:2:14-mj-0103  AC |
| Plaintiff, | ) ) | **O R D E R** |
| vs. | ) ) | **APPOINTING COUNSEL** |
| EDGAR GARCIA-GONZALEZ, | ) ) | |
| Defendant. | ) ) ) | |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

OFFENSE:  8 USC § 1326

CJA Panel attorney Clemente Jimenez is hereby appointed effective May 7, 2014, the date the Office of the Federal Defender first contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED: May 8, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER APPOINTING COUNSEL          1